UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MARKIA DORTHEY STEVENSON,      Chapter 7
Case No. 23-44007-MLO
Hon. Maria L. Oxholm

    Debtors.
_____/

# AFFIDAVIT REGARDING DEBTOR'S DEFAULT

Stuart A. Gold, Chapter 7 Trustee, first sworn, states the following:

1. This Affidavit is made in compliance with the June 27, 2023 Order Withdrawing Trustee's Motion to Dismiss, Rescheduling §341 Hearing and Extending Bar Dates. (Docket # 22)

2. I am fully competent to testify to all facts stated herein.

3. I am the Chapter 7 Trustee in this bankruptcy case.

4. On June 27, 2023 this Court entered an Order Withdrawing Trustee's Motion to Dismiss, Rescheduling §341 Hearing and Extending Bar Dates ("the June 27, 2023 Order"). The June 27, 2023 Order provided, in relevant part, as follows:

> IT IS FURTHER ORDERED that the §341 Meeting of Creditors is rescheduled to **07/20/2023 at 8:30 am**.
>
> IT IS FURTHER ORDERED that the deadline for the Trustee, Office of United States Trustee and creditors to file objections to Debtor's exemptions is extended until **08/21/2023** .
>
> IT IS FURTHER ORDERED that the deadline for the Trustee, Office of United States Trustee and creditors to file a complaint objecting to discharge of the Debtor under any subsection of 11 U.S.C. §727 or to determine dischargeability of certain debts under

any subsection of 11 U.S.C. §523 is extended until **09/18/2023**.

      IT IS FURTHER ORDERED that if the Debtor fails to appear at the July 20, 2023, hearing, the Trustee may file an affidavit with the Court and the case will be dismissed without any further Motion.

5. The Debtor failed to appear at the July 20, 2023 rescheduled hearing.

6. The continuation of the Chapter 7 case is causing a delay.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 21, 2023        /s/ Stuart A. Gold
Stuart A. Gold, Trustee
24901 Northwestern Hwy. Ste. 444
Southfield, MI 48075
(248) 350-8220
sgold@glmpc.com

Subscribed and sworn to before
me this 21st day of July, 2023

/s/ Denise M. White
Denise M. White
Notary Public, State of Michigan
County of Wayne
My commission expires: 10/13/29
Acting in the County of Oakland

C:\Users\Denise\Documents\23-44007 Stevenson -- Affidavit Regarding Debtor's Default to MTD.dmw.docx